RICE et al. v. UNITED STATES.

(Circuit Court, S. D. New York. April 29, 1901.)

No. 3,028.

1. CUSTOMS DUTIES—CLASSIFICATION—BOILED-OFF SILK FABRICS.
    Certain silk fabrics were partly boiled, so that, out of 25 per cent. of gum, 7.6 per cent. was removed. *Held*, that this slight boiling is not sufficient to bring the goods within the provision in paragraph 387, Schedule L, § 1, c. 11, Tariff Act July 24, 1897, 30 Stat. 186 (U. S. Comp. St. 1901, p. 1669), for silk piece goods "boiled off," or to remove them from the provision in the same paragraph for fabrics "in the gum."

Appeal by the Importers from a Decision of the Board of United States General Appraisers.

The board of general appraisers affirmed the decision of the collector of customs at the port of New York.

Everit Brown, for importers.

D. Frank Lloyd, Asst. U. S. Atty.

TOWNSEND, District Judge. The goods in question are classified and claimed under paragraph 387, Schedule L, § 1, c. 11, Tariff Act July 24, 1897, 30 Stat. 186 (U. S. Comp. St. 1901, p. 1669). It is undisputed that they are "all silk." The only question is whether, under the latter parts of said paragraph, they are dutiable (as assessed) at $3 per pound, as "boiled off," or (as claimed) at $2.50 per pound, as "in the gum." The evidence tends to prove that the goods, while they have been partly boiled, have not been "boiled off," for, apparently, out of 25 per cent of gum, only 7.6 per cent. has been removed, thus leaving 17.4 per cent. in the article. In view of the fact that the goods still remain chiefly and substantially in the gum more than in any other condition, I think the slight boiling is insufficient to remove them from the classification as "silk in the gum." They have been boiled, but not boiled off in the sense of a substantial boiling, sufficient to accomplish the result of removing the gum from the silk.

The decision of the board of general appraisers is reversed.